HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendants
DONOVAN LORRAINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00064-JDP |
| Plaintiff, | **STIPULATION TO MODIFY SENTENCE; ORDER** |
| vs. | |
| DONOVAN LORRAINE. | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Sean Anderson, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Donvoan Lorraine, hereby move this Court for an order modifying the Mr. Lorraine's sentence.

On September 18, 2019, Mr. Lorraine was sentenced to 24 months of unsupervised probation, to obey all laws, pay a $1,000.00 fine, and obtain his driver's license by May 18, 2021.  To date, Mr. Lorraine has paid his fine in full.  On October 8, 2019, Mr. Lorraine was arrested for violating California Vehicle Code § 23152(a) and 23152(b), driving under the influence of alcohol; and 14601.2(a), driving with a suspended license. These offenses were not reported to the court. On August 10, 2020, the government filed an affidavit of probation violation based on the new law violation.  See, ECF # 9. On August 12, 2020, Mr. Lorraine

failed to appear in court for an initial appearance on the alleged probation violation. On that date, the undersigned defense counsel notified the court that Mr. Lorraine had been injured in an accident, but did not have supporting documentation at that time. On August 25, a warrant was issued for Mr. Lorraine's arrest.

Unfortunately, on March 19, 2020 Mr. Lorraine suffered a tragic accident and remains hospitalized with severe injuries that will likely require full time care for the remainder of his life, and which likely render him incapable of participating in his own defense. Medical letters, as well as a letter from Mr. Lorraine's mother, have been provided under separate cover. Based on the medical information provided, the government will move to withdraw the affidavit of probation violation, acknowledging that Mr. Lorraine will still need to address any case pending in California state court.

The parties respectfully request that Mr. Lorraine's sentence be modified to only the $1000.00 fine, already paid, and that probation be terminated.

Further, the parties respectfully request that the warrant issued on August 25, 2020 be recalled.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  August 25, 2020            */s/ Sean Anderson*
                                                      SEAN ANDERSON
                                                      Acting Legal Officer
                                                      National Park Service
                                                      Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: August 25, 2020             */s/ Benjamin A. Gerson*
                                                      BENJAMIN A. GERSON
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      DONOVAN LORRAINE

Lorraine – Stipulation to Modify Sentence

**O R D E R**

Good cause appearing, the sentence in case no. 6:19-mj-00064-JDP is hereby modified to a $1,000.00 fine only, with the understanding that this amount has already been paid, and probation is hereby terminated.

The arrest warrant for Mr. Lorraine is recalled.

IT IS SO ORDERED.

Dated:   August 26, 2020

_____
UNITED STATES MAGISTRATE JUDGE