Sean Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0240

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONAVAN LORRAINE,<br><br>　　　　　Defendant. | DOCKET NO. 6:19-mj-00064-JDP<br><br>**MOTION TO WITHDRAW AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

  Defendant, Donavan LORRAINE, was charged with operating a motor vehicle without due care or at a speed greater than that which is reasonable and prudent considering wildlife, traffic, weather, road and light conditions and road character in violation of Title 36 Code of Federal Regulations §4.22(a)(1), failure to signal intention to turn right or left continuously during the last 100 feet traveled by the vehicle before turning in violation of Title 36 Code of Federal Regulation §4.2(b); California Vehicle Code §22108, possession of a controlled substance (marijuana) in violation of Title 36 Code of Federal Regulations §2.35(b)(2) and driving a motor vehicle at any time when driving privilege is suspended or revoked for a prior DIU conviction in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §14601.2. LORRAINE pleaded guilty to the charge, driving a motor vehicle at any time when driving privilege is suspended or revoked for a prior DUI conviction in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §14601.2, on September 18, 2019,

1  and was sentenced to 24 months of unsupervised probation with the conditions he, pay a $1000
2  fine and paid in full by July 18, 2020, obtain his driver license by May 18, 2021, obey all laws,
3  report all new violations of the law, not drink in excess, may not drive a car with any detectable
4  amount of alcohol and appear personally for probation review hearings on September 15, 2020
5  and August 10, 2021.

6      On August 10, 2020 the Government filed an Affidavit of Alleged Probation Violation,
7  alleging LORRAINE had failed to obey all laws and failed to report a new violation of the law.
8  An initial appearance for the Alleged Probation Violation is scheduled for October 6, 2020.
9  Through LORRAINE'S counsel, Assistant Federal Defender Benjamin A. Gerson, the
10 Government was made aware of LORRAINE being involved in a severe accident. On August 26,
11 2020, the parties, through their respective counsel, Yosemite Legal Officer Sean Anderson,
12 counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Donvoan
13 LORRAINE, filed a motion with this Court for an order modifying Mr. LORRAINE'S sentence
14 and agreed to withdraw the Affidavit of Alleged Probation Violation. A final review hearing is set
15 for August 10, 2021.

16

17 Dated: August 26, 2020                          By: /s/ Sean O. Anderson
18                                               Sean O. Anderson
                                              Legal Officer
19                                               Yosemite National Park, CA

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

2

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the affidavit of alleged probation violation in the above-referenced matter, *United States v. Lorraine*, 6:19-mj-00064-JDP, be withdrawn.

IT IS SO ORDERED.

Dated: __August 27, 2020__                           _____
                                                                          UNITED STATES MAGISTRATE JUDGE